THOMAS P. O'BRIEN **MADE JS-6**
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JOHN E. LEE (CBN 128696)
Assistant United States Attorney
    Room 7516 Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-3995
    Facsimile: (213) 894-5139
    Email:  john.lee2@usdoj.gov

Attorneys for Defendants
UNITED STATES CITIZENSHIP & IMMIGRATION
SERVICES and JANE ARELLANO

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IMRAN NISAR CHAUDHRY, | CV 07-8075 GW (SHx) |
|     Plaintiff, | |
|   v. | <u>ORDER DISMISSING ACTION</u> <u>WITHOUT PREJUDICE</u> |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES ("USCIS"); JANE ARELLANO, District Director of USCIS, | |
|     Defendants. | |

    Upon stipulation of the parties, and good cause appearing, IT IS ORDERED pursuant to Rules 41(a)(1)(A)(ii) and 41(a)(2) of the Federal Rules of Civil Procedure that this action shall and

1 | hereby is DISMISSED without prejudice, each side to bear his or
2 | their own costs of suit.
3 |     DATED: October 2, 2008

_____
HON. GEORGE WU
United States District Judge